# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARMELA GERSHONOWITZ, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 07-1773 (ESH) ) |
| NOVARTIS PHARMACEUTICALS CORP., | ) ) ) |
| Defendant. | ) ) |

## ORDER

The Court having been advised that the Judicial Panel on Multidistrict Litigation has conditionally ordered that this case be transferred to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, the Clerk of the Court is hereby directed to administratively close this case pending further Order of this Court.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: October 29, 2007